UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                           Case No. 19-cr-20028
                                            Hon. Matthew F. Leitman

v.

ROBERT M. SMITH,

     Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANT'S MOTION FOR BOND (ECF No. 29)

On June 22, 2020, the Court held a hearing on Defendant's Motion for Bond (ECF No. 29). For the reasons stated on the record, IT IS HEREBY ORDERED that the motion is DENIED WITHOUT PREJUDICE.

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
Dated: June 22, 2020      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2020, by electronic means and/or ordinary mail.

                    s/Holly A. Monda
                    Case Manager
                    (810) 341-9764