UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-cr-20028
    Hon. Matthew F. Leitman

ROBERT M. SMITH,

    Defendant.
_____/

## ORDER DENYING MOTION FOR BOND (ECF No. 38) AND MOTION TO SUPPRESS (ECF No. 39)

Defendant Robert Smith is represented by counsel.  Smith has nonetheless filed two motions for bond in pro per (ECF Nos. 29 & 38).  The Court previously denied Smith's first motion for bond (after counsel filed a supplemental brief in support of the motion and argued the motion), and the Court now denies Smith's second motion for bond.  It appears that the second motion for bond was filed before the first motion was heard and decided.  The second motion offers no new basis for granting bond, and it is DENIED.

Smith has also filed a motion to suppress in pro per (ECF No. 39).  Through counsel, he previously filed a motion to suppress.  The Court held an evidentiary hearing in connection with that motion and denied the motion in an order dated

1

January 29, 2020. Smith's new motion offers no new viable basis on which to suppress the evidence seized from him, and it is DENIED.

IT IS SO ORDERED.

Dated: July 14, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764