UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT M. SMITH,

    Defendant.

Case No. 19-cr-20028
Hon. Matthew F. Leitman

_____/

# **ORDER DENYING DEFENDANT'S RENEWED MOTION FOR RELEASE ON BOND (ECF No. 44)**

On July 13, 2021, the Court held a hearing on Defendant's Renewed Motion for Release on Bond. For the reasons stated on the record, the motion is DENIED.

IT IS SO ORDERED.

Dated: July 14, 2021

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764