UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                Case No. 19-cr-20028
                                                Hon. Matthew F. Leitman

ROBERT M. SMITH,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE (ECF No. 63)

Defendant Robert Smith has filed a motion for modification of his sentence. (*See* Mot., ECF No. 63.) His motion does not identify the statute or rule under which he seeks relief. Like the Government (*see* ECF No. 66), the Court will construe the motion as one for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). The Court **DENIES** the motion **WITHOUT PREJUDICE** because Smith has not shown that he exhausted, or attempted to exhaust, his administrative remedies. *See United States v Alam*, 960 F.3d 831, 832 (6th Cir. 2020). If Smith is seeking relief under some other statute or rule, he may re-file his request and clearly identify the statute or rule that, he claims, entitles him to the relief he seeks.

    **IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: December 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                               s/Holly A. Ryan
                                               Case Manager
                                               (313) 234-5126